Todd M. Friedman (216752)
Adrian R. Bacon (280332)
Meghan E. George (274525)
Thomas E. Wheeler (308789)
**Law Offices of Todd M. Friedman, P.C.**
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: (877) 206-4741
Fax: (866)633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
mgeorge@toddflaw.com
twheeler@toddflaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAIL JAMARA, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br><br> KEYVIEW LABS, INC. dba PROCERA HEALTH; and DOES 1 through 10, inclusive, and each of them, <br><br> Defendants. | Case No. 2:18-cv-03040-TLN-CKD <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses this matter without prejudice as to the individual and class claims.  Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.  Although this case was filed as a class action, no class has been certified, and court approval of this voluntary dismissal is therefore not required under Rule 23(a) of the Federal Rules of Civil Procedure.  Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 10th day of January, 2019.


By:    s/Todd M. Friedman
         Todd M. Friedman, Esq.
         Law Offices of Todd M. Friedman, P.C.
         Attorney for Plaintiff

Filed electronically on this 10th of January, 2019, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Troy L. Nunley
United States District Court
Eastern District of California

And all Counsel of Record as recorded on the Electronic Service List.

This 10th of January, 2019

s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN